FILED ENTERED
LODGED RECEIVED

NOV 19 2001

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON COM, INC ,

    Plaintiff,

v.

BARNESANDNOBLE.COM, INC., and
BARNESANDNOBLE.COM, LLC,

    Defendants.

No. C99-1695P

MINUTE ORDER

The following minute order is made by direction of the Court, the Honorable Marsha J Pechman

The Court heard oral argument on November 16, 2001 on the parties' claim construction motions At the time of oral argument, the Court made several rulings, which are hereby memorialized for the record

1    Defendants' motion to file supplemental claims construction materials (Dkt No 194) is DENIED

2    The deadline for the filing of dispositive motions is extended to December 14, 2001

Dated this 16 day of _____, 2001.

BRUCE RIFKIN, Clerk

By _____
Deputy Clerk

MINUTE ORDER – 1