THE HONORABLE MARSHA PECHMAN

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 15 2001 PM

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON COM, INC , <br><br> Plaintiff, <br><br> v <br><br> BARNESANDNOBLE COM, INC , and BARNESANDNOBLE COM LLC, <br><br> Defendants | NO  C99-1695P <br><br> SUPPLEMENTAL DECLARATION OF WILLIAM D  FISHER IN SUPPORT OF AMAZON COM'S MOTION FOR PROTECTIVE ORDER LIMITING 30(b)(6) DEPOSITIONS |

**CONFIDENTIAL -- FILED UNDER SEAL**

**NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT**

CV 99-01695 #00000218

SUPP  DECLARATION OF
WILLIAM D  FISHER - 1
[24976-0219/SA013190 046]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
(206) 583-8888